**FILED**

Dec 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>LATRICE M. THOMAS,<br><br>Defendant. | Case No. 22-mj-71463-MAG-1  (KAW)<br><br>Charging District:  New Mexico<br><br>Charging District's Case No.:  22-CR-00462-001 DHU |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING

After a hearing in this court, the defendant remains in custody and is ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: United States District Court<br>Pete V. Domenici United States Courthouse<br>333 Lomas Blvd NW, Suite 780<br>Albuquerque, NM, 87102 | Courtroom No.:  Zoom |
| | Date and Time:  December 28, 2022, 2:30pm |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

Dated: December 27, 2022

_____
Kandis A. Westmore
United States District Judge